```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
WISTRON NEWEB CORPORATION,                                       :
                                                                 :
                          Plaintiff,                             :
                                                                 :         22-cv-2538 (LJL)
        -v-                                                      :
                                                                 :           ORDER
GENESIS NETWORKS TELECOM SERVICES, LLC                           :
and GNET ATC, LLC,                                               :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2022

LEWIS J. LIMAN, United States District Judge:

As discussed at the conference held today in this matter:

A Case Management Plan and Scheduling Order with the dates discussed during the conference will be entered on the docket.

In addition to the interrogatories permitted under the Federal Rules of Civil Procedure and the Local Rules, Plaintiff shall be permitted to serve limited interrogatories regarding the citizenship of the members of the defendant LLCs.

The parties are directed to meet and confer regarding whether the dispute resolution process specified in Section 19.11 of the Distributor Agreement has been satisfied.

Defendants' motions to dismiss shall be due by July 18, 2022.  Plaintiff's opposition to the motions shall be due by August 22, 2022, and any replies shall be due by September 12, 2022.

SO ORDERED.

Dated: June 27, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge