```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WISTRON NEWEB CORPORATION,                                             :
                                                                       :
                               Plaintiff,                              :
                                                                       :        22-cv-2538 (LJL)
              -v-                                                      :
                                                                       :           ORDER
GENESIS NETWORKS TELECOM SERVICES,                                     :
LLC and GNET ATC, LLC,                                                 :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a post-discovery status conference in this matter on January 12, 2023. This order memorializes the Court's decisions at the conference.

Motions for summary judgment are due by March 2, 2023, unless the parties agree to an accelerated deadline and file a joint letter informing the Court of the updated deadline. The joint pretrial order is due by August 25, 2023, including motions in limine, requests to charge, and proposed voir dire. Oppositions to the motions in limine, requests to charge, and proposed voir dire are due by September 1, 2023. A final pretrial conference is scheduled for September 7, 2023 at 2:00 p.m. in Courtroom 15C at the 500 Pearl Street Courthouse. A jury trial is scheduled for September 11, 2023 at 9:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

The parties are directed to file a joint letter by February 23, 2023 informing the Court whether they are prepared to forego the right to a jury trial and try the case to the bench. If the parties forego their right to a jury trial, the Court shall schedule a status conference to determine if an earlier trial date can be set.

The parties are directed to contact Magistrate Judge Ona T. Wang to schedule another settlement conference with all parties present and to engage in good faith settlement negotiations.

Dated: January 12, 2023  
      New York, New York

                                             LEWIS J. LIMAN  
                                             United States District Judge