USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH P. HICKEY, et al.,

               Plaintiffs,

               -against-

JOSEPH P. SMITH, et al.,

               Defendants.

1:23-cv-2538 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The parties are HEREBY ORDERED to file a Joint Status Letter on or before April 7, 2023

regarding the status and procedural history of this case.

**SO ORDERED.**

**Date:   March 31, 2023**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**