**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
WISTRON NEWEB CORPORATION,

                Plaintiff,

                -against-

GENESIS NETWORKS TELECOM SERVICES, LLC, et al.,

                Defendants.
-------------------------------------------------------------x

22-CV-2538 (LJL) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Scheduling Call on April 5, 2023. (ECF 65).

As discussed during the call, the parties are directed to file a joint status letter by **5:00 p.m. on May 17, 2023.**

        **SO ORDERED.**

Dated: April 5, 2023
       New York, New York

          _s/ Ona T. Wang_
          **Ona T. Wang**
          United States Magistrate Judge