```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WISTRON NEWEB CORPORATION,                  :
                                            :
                Plaintiff,                  :        22-CV-2538 (LJL) (OTW)
                                            :
                -against-                   :        **ORDER**
                                            :
GENESIS NETWORKS TELECOM SERVICES, LLC,     :
et al.,                                     :
                                            :
                Defendants.                 :
                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 95. The parties are directed to file a joint status letter by **June 19, 2023**. The parties shall include in their joint status letter any requests, if any, for a Pre-Settlement Conference Scheduling Call.

**SO ORDERED.**

Dated: May 19, 2023　　　　　　　　　　　　　　　　　　*s/ Ona T. Wang*
　　　　New York, New York　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge