**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WISTRON NEWEB CORPORATION,

                        Plaintiff,

     -against-                                        22 **CIVIL** 2538 (LJL)

                                                                  **<u>JUDGMENT</u>**

GENESIS NETWORKS TELECOM SERVICES, LLC and
GNET ATC, LLC,

                       Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 13, 2023, Plaintiff's motion for summary judgment is therefore granted and Judgment is entered awarding Plaintiff $12,956,713.97 (comprised of damages of $9,212,256.95 and attorneys' fees and costs of $599,505.90 and $3,144,951.12) plus additional prejudgment contractual interest of $4,543.03 from August 29, 2023, until the date that judgment is entered, in the amount of $72,688.48. Accordingly, the case is closed.

**Dated:**  New York, New York

       September 13, 2023

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                         **BY:**
                                                         _____
                                                               **Deputy Clerk**