USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WISTRON NEWEB CORPORATION, :
:
Plaintiff, :
: 22-cv-2538 (LJL)
-v- :
: ORDER
GENESIS NETWORKS TELECOM SERVICES, LLC :
and GNET ATC, LLC, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court will hold a telephonic conference on the outstanding Motion to Compel a Response to the Post-Judgment Subpoena Duces Tecum, Dkt. No. 128, and Motion to Withdraw as Counsel for Genesis Networks Telecom Services, LLC ("Genesis"), Dkt. No. 131, on January 12, 2024, at 3 P.M. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts at that time.

    A client representative of Genesis shall be present for the conference and Genesis is put on notice that, as a corporation, it cannot proceed *pro se* in federal court. Current counsel for Genesis shall be relieved from appearing at the conference in the event that an appearance is noted for new counsel for Genesis.

    SO ORDERED.

Dated: December 28, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge